UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WHE AGENCY INC., *et al.*,<br><br>Defendants. | CASE NO. 2:20-cv-01465-RSM-JRC<br><br>ORDER GRANTING 60-DAY STAY |

This matter is before the Court on the parties' stipulated request to extend all pending deadlines by 60 days while they finalize settlements of three underlying matters, so that they can finalize settlement in this case. The Court finds good cause and grant the request. All pending deadlines are stayed for 60 days. On or before February 15, 2021, the parties shall file either a formal notice of settlement or a status report.

Dated this 17th day of December, 2020.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING 60-DAY STAY - 1