UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WHE AGENCY INC., *et al.*,<br><br>Defendants. | CASE NO. 2:20-cv-01465-RSM-JRC<br><br>ORDER GRANTING EXTENSION OF STAY |

This matter is before the Court on the parties' joint status report. Dkt. 17. The parties request an extension of the stay currently in place in this matter so that they may finalize settlement. The Court finds good cause and grants the request. The stay previously in place is extended to March 15, 2021. On or before March 15, 2021, the parties shall file either a formal notice of settlement or a status report.

Dated this 18th day of February, 2021.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION OF STAY - 1