The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WHE AGENCY, INC., TRACY WILLIS AND KENNETH HENMAN,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-01465-RSM<br><br>STIPULATION AND<br><br>ORDER OF DISMISSAL |

### STIPULATION

Plaintiff Berkshire Hathaway Direct Insurance Company and defendants WHE Agency, Inc., Tracy Willis and Kenneth Henman have resolved all claims in this matter through agreement and settlement. These parties therefore stipulate and agree this matter can and should be dismissed with prejudice and without any award of costs or attorney's fees to either party.

By: *s/ Jacquelyn A. Beatty*　　　　　　Date:　March 15, 2021
　　Jacquelyn A. Beatty
　　Karr Tuttle Campbell
　　Counsel for Plaintiff

By: *s/ Susannah C. Carr*　　　　　　　Date:　March 15, 2021
　　Susannah C. Carr
　　Greg Pendleton
　　Miles Bludorn
　　Gordon Tilden Thomas & Cordell LLP
　　Counsel for Defendants

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 1
CASE NO. 2:20-cv-01465-JRC
#1978670 v1 / 74395-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## ORDER

Pursuant to the foregoing stipulation of the parties, this Court ORDERS that this matter be dismissed with prejudice and without any award of costs or attorney's fees.

Dated this 8th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**KARR TUTTLE CAMPBELL**

*s/ Jacquelyn A. Beatty*
Jacquelyn A. Beatty, WSBA #17567
701 Fifth Avenue, Suite 3300
Seattle, WA  98104
(206) 223-1313
jbeatty@karrtuttle.com
Attorneys for Plaintiff

**GORDON TILDEN THOMAS & CORDELL LLP**

*s/ Susannah C. Carr*
Susannah C. Carr, WSBA #38475
Greg Pendleton, WSBA #38361
Miles Bludorn, WSBA #54238
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
scarr@gordontilden.com
gpendleton@gordontilden.com
mbludorn@gordontilden.com
Attorneys for Defendants

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 2
CASE NO. 2:20-cv-01465-JRC
#1978670 v1 / 74395-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100